IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALISA NELSON                                                                                           PLAINTIFF

v.                                         Cause No. 4:18-cv-04145

ARKANSAS CRIME
INFORMATION CENTER                                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 2. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on October 16, 2018 (ECF No. 1) and a copy of this order on Defendant by serving Defendant at the follow address:

Arkansas Crime Information Center
322 Main Street, #615
Little Rock, AR 72201

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 1st day of November 2018.**

                                                    /s/ Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U.S. MAGISTRATE JUDGE